**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEVEN BRADFORD MUNN,

Defendant - Appellant.

No. 09-50649

D.C. No. 2:01-cr-00047-CBM

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Consuelo B. Marshall, District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Steven Bradford Munn appeals from the revocation of his supervised release

and the 11-month sentence imposed upon revocation. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Munn's counsel has filed a brief stating there are

no grounds for relief, along with a motion to withdraw as counsel of record. We

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Munn has completed his custodial sentence and no additional term of supervision was imposed. Accordingly, Munn's appeal is dismissed as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**